IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MILAN NIKOLIC,

    Plaintiff,

vs.                              CASE NO. 5:07CV43-RH/AK

OFFICER JUSTIN GREEN,
et al,

    Defendants.

_____/

**O R D E R**

Plaintiff has responded to the show cause order to explain that he wishes to delete his ADA claims and certain defendants and proceed against Defendants Green and Bozeman. (Doc.24). Plaintiff must file a Third Amended Complaint to accomplish this, and he shall do so on or before **June 27, 2008.**

**DONE AND ORDERED** this 9th day of June, 2008.

                                            S/ A Kornblum
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**